IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

FILED
OCT 22 2015

UNITED STATES OF AMERICA

   v.                             Case No. 2:14mj370
                                WARRANT OPEN/PENDING

JAMES M. SMITH

## SUPERSEDING CRIMINAL INFORMATION

### COUNT ONE
(Misdemeanor)- Violation No. 4180622

THE UNITED STATES ATTORNEY CHARGES:

That on or about August 26, 2014, at Naval Support Activity Hampton Roads, Norfolk, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, JAMES M. SMITH, did drive a motor vehicle on a highway at a speed of twenty (20) miles per hour or more in excess of the posted speed limit.

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia, Section 46.2-862.)

### COUNT TWO
(Misdemeanor)-Violation No. N0459076

THE UNITED STATES ATTORNEY CHARGES:

That on or about August 17, 2015, at Norfolk Naval Shipyard, Portsmouth, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, JAMES M. SMITH, did knowingly drive a motor vehicle while his driver's license,

2015 OCT 22 P 3 45

RECEIVED

learner's permit, or privilege to drive a motor vehicle was suspended or revoked.

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia, Section 46.2-301.)

Respectfully submitted,

Dana J. Boente
United States Attorney

By: _____
Nicholas D. Linstroth
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6391
Fax:(757) 441-3205
Nicholas.Linstroth@usdoj.gov

CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

_____
Nicholas D. Linstroth
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6391
Fax:(757) 441-3205
Nicholas.Linstroth@usdoj.gov

__OCT. 22, 2015__
Date

2