IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Norfolk Division

FILED
APR 26 2018
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CASE NO. 2:12mj109 |
| | ) | |
| ERIK S. ANDERSON, ET AL. | ) | |

## MOTION TO WITHDRAW WARRANTS
## AND DISMISS CRIMINAL INFORMATIONS AND VIOLATION NOTICES

The United States of America, by its attorneys, Tracy Doherty-McCormick, Acting United States Attorney, for the Eastern District of Virginia, and Alan M. Salsbury, Managing Assistant United States Attorney, moves the Court to dismiss the following misdemeanor cases and warrants listed-below on the grounds that each warrant has been outstanding for two years or more and it is unlikely that arrests will be effectuated.

| CASE NAME | CASE/VIOLATION NOTICE NUMBER |
|---|---|
| U.S. v. Erik S. Anderson | Case No. 2:12mj109 |
| U.S. v. Roderick C. Ashe, III | Case No. 2:15mj297 |
| U.S. v. Kelvin J. Bacchus | Case No. 2:11mj556 |
| U.S. v. Tawan C. Baker | Case No. 2:11mj298 |
| U.S. v. Denardo L. Barnes | Case No. 2:13mj531 |
| U.S. v. Bryant D. Branch | Case No. 2:13mj284 |
| U.S. v. Ernest L. Bridges | Case No. 2:08mj284 |
| U.S. v. Dustin M. Brockman | Case No. 2:10mj596 |
| U.S. v. Efrem D. Bryant | Case No. 2:14mj206 |
| U.S. v. Demetrius L. Buie | Case No. 2:14mj585 |
| U.S. v. Julia M. Calilia | Case No. 2:15mj513 |
| U.S. v. Corey Carmack | Case No. 2:12mj119 |
| U.S. v. Demarcus L. Chandler | Violation Notice No. N0450549 |
| U.S. v. Deaton J. Christine | Case No. 2:13mj82 |
| U.S. v. Roderick D. Cobb | Case No. 2:13mj401 |
| U.S. v. Nicholas Colby | Case No. 2:13mj534 |
| U.S. v. Jania B. Collazo | Case No. 2:15mj640 |
| U.S. v. Byron D. Corbin | Case No. 2:10mj337 |
| U.S. v. Brandonne D. Crawley | Case No. 2:12mj332 |
| U.S. v. Ernest D. Daniel, Jr. | Case No. 2:12mj455 |

| CASE NAME | CASE/VIOLATION NOTICE NUMBER |
|---|---|
| U.S. v. Christine Deaton | Case No. 2:13mj82 |
| U.S. v. Gina Derderian | Case No. 2:13mj172 |
| U.S. v. Abi A. Derefaka | Case No. 2:15mj163 |
| U.S. v. Taylor R. Derefaka | Case No. 2:13mj475 |
| U.S. v. Angelo K. Dickinson | Case No. 2:14mj591 |
| U.S. v. Gregory W. Elvis | Case No. 2:15mj375 |
| U.S. v. Brandon R. Gage | Case No. 2:12mj383 |
| U.S. v. Julian E. Ginn | Case No. 2:13mj485 |
| U.S. v. Cristy J. Godby | Case No. 2:12mj342 |
| U.S. v. Michael A. Goe | Case No. 2:11mj559 |
| U.S. v. Jody Lee Haberny | Case No. 2:07mj860 |
| U.S. v. Mason D. Hagstrom | Case No. 2:15mj308 |
| U.S. v. Destiny Hampton | Case No. 2:13mj487 |
| U.S. v. Danielle P. Harper | Violation Notice No. W0966899 |
| U.S. v. James D. Harris | Case No. 2:11mj346 |
| U.S. v. Nashay M. Harris | Case No. 2:15mj191 |
| U.S. v. Philip J. Hausvater | Case No. 2:12mj129 |
| U.S. v. David W. Henry | Violation Notice No. 1172426 |
| U.S. v. Trevonte A. Hollis | Case No. 2:15mj520 |
| U.S. v. Shawn T. Jackmon | Case No. 2:13mj121 |
| U.S. v. Tracey E. Johnson | Case No. 2:09mj289 |
| U.S. v. Antonio L. Jones | Case No. 2:11mj59 |
| U.S. v. Leroy E. Jones | Case No. 2:07mj317 |
| U.S. v. Keyana M. Joseph | Case No. 2:13mj346 |
| U.S. v. Kay Jossien | Case No. 2:11mj474 |
| U.S. v. Sterling T. Kessell | Case No. 2:13mj81 |
| U.S. v. Jeremiah B. Kimberley | Case No. 2:11mj419 |
| U.S. v. Samuell Lamount, Jr. | Case No. 2:15mj94 |
| U.S. v. Cierra S. Lewis | Case No. 2:12mj406 |
| U.S. v. Tinica A. Lindsey | Case No. 2:12mj68 |
| U.S. v. Gabriell T. Livingston | Case No. 2:13mj138 |
| U.S. v. Jose Anthony C. Lopez | Case No. 2:11mj602 |
| U.S. v. Christopher J. Mancino | Case No. 2:10mj262 |
| U.S. v. Shana R. McCoy | Case No. 2:14mj266 |
| U.S. v. Dennis D. Middleton | Case No. 2:10mj316 |
| U.S. v. Tiara S. Miller | Case No. 2:11mj600 |
| U.S. v. Jovan A. Mills | Case No. 2:14mj25 |
| U.S. v. Michael M. Mitchell | Case No. 2:13mj310 |
| U.S. v. Antonio L. Mozelle | Case No. 2:13mj48 |
| U.S. v. Kendra E. Papproth | Case No. 2:11mj497 |
| U.S. v. Graciela O. Penarios | Case No. 2:14mj8 |
| U.S. v. Robert U. Perkins | Case No. 2:14mj69 |
| U.S. v. Krystal J. Proctor | Case No. 2:14mj94 |
| U.S. v. James D. Ragsdale | Case No. 2:14mj480 |

| CASE NAME | CASE/VIOLATION NOTICE NUMBER |
|---|---|
| U.S. v. Christian W. Robinson | Case No. 2:12mj443 |
| U.S. v. Daniel O. Rodriquez | Case No. 2:12mj26 |
| U.S. v. Tajh S. Rodgers | Case No. 2:13mj261 |
| U.S. v. Michael T. Rogers | Case No. 2:12mj221 |
| U.S. v. Sean D. Ross | Case No. 2:11mj304 |
| U.S. v. Cordarrell L. Ruffin | Case No. 2:12mj318 |
| U.S. v. Jason M. Saunders | Case No. 2:13mj65 |
| U.S. v. Cierra L. Shue | Case No. 2:11mj15 |
| U.S. v. Ira E. Simmons | Case No. 2:10mj582 |
| U.S. v. Maurice S. Smalley | Case No. 2:13mj443 |
| U.S. v. Brian J. Smith | Case No. 2:12mj462 |
| U.S. v. James M. Smith | Case No. 2:14mj370 |
| U.S. v. Marion W. Smokes-Lacey | Violation Notice No. 1170200VA90 |
| U.S. v. Christopher V. Snowden | Case No. 2:13mj205 |
| U.S. v. Remon D. Stanley | Case No. 2:12mj392 |
| U.S. v. Pedro F. Suazowalto | Case No. 2:12mj442 |
| U.S. v. Ricky Taylor, Jr. | Case No. 2:13mj47 |
| U.S. v. Alexandria D. Wysinger | Case No. 2:14mj395 |

The government requests that a certified copy of this Order be provided to the United States Attorney's Office and the United States Marshal's Service.

Respectfully submitted,

Tracy Doherty-McCormick
Acting United States Attorney

By: _/s/ Alan M. Salsbury_
Alan M. Salsbury, Managing
Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA 23510
Phone: 757-441-6331
Fax: 757-441-6689
Email: Alan.Salsbury@usdoj.gov

3