IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division



FILED
APR 26 2018
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CASE NO. 2:12mj109 |
| | ) | |
| ERIK S. ANDERSON, ET AL. | ) | |

### ORDER

Upon motion of the United States of America, by its attorneys, Tracy Doherty-McCormick, Acting United States Attorney, for the Eastern District of Virginia, and Alan M. Salsbury, Managing Assistant United States Attorney, and for good cause shown,

IT IS ORDERED that the below-listed cases and warrants are DISMISSED WITHOUT PREJUDICE.

| CASE NAME | CASE/VIOLATION NOTICE NUMBER |
|---|---|
| U.S. v. Erik S. Anderson | Case No. 2:12mj109 |
| U.S. v. Roderick C. Ashe, III | Case No. 2:15mj297 |
| U.S. v. Kelvin J. Bacchus | Case No. 2:11mj556 |
| U.S. v. Tawan C. Baker | Case No. 2:11mj298 |
| U.S. v. Denardo L. Barnes | Case No. 2:13mj531 |
| U.S. v. Bryant D. Branch | Case No. 2:13mj284 |
| U.S. v. Ernest L. Bridges | Case No. 2:08mj284 |
| U.S. v. Dustin M. Brockman | Case No. 2:10mj596 |
| U.S. v. Efrem D. Bryant | Case No. 2:14mj206 |
| U.S. v. Demetrius L. Buie | Case No. 2:14mj585 |
| U.S. v. Julia M. Calilia | Case No. 2:15mj513 |
| U.S. v. Corey Carmack | Case No. 2:12mj119 |
| U.S. v. Demarcus L. Chandler | Violation Notice No. N0450549 |
| U.S. v. Deaton J. Christine | Case No. 2:13mj82 |
| U.S. v. Roderick D. Cobb | Case No. 2:13mj401 |
| U.S. v. Nicholas Colby | Case No. 2:13mj534 |
| U.S. v. Jania B. Collazo | Case No. 2:15mj640 |
| U.S. v. Byron D. Corbin | Case No. 2:10mj337 |
| U.S. v. Brandonne D. Crawley | Case No. 2:12mj332 |
| U.S. v. Ernest D. Daniel, Jr. | Case No. 2:12mj455 |
| U.S. v. Christine Deaton | Case No. 2:13mj82 |

| CASE NAME | CASE/VIOLATION NOTICE NUMBER |
|---|---|
| U.S. v. Gina Derderian | Case No. 2:13mj172 |
| U.S. v. Abi A. Derefaka | Case No. 2:15mj163 |
| U.S. v. Taylor R. Derefaka | Case No. 2:13mj475 |
| U.S. v. Angelo K. Dickinson | Case No. 2:14mj591 |
| U.S. v. Gregory W. Elvis | Case No. 2:15mj375 |
| U.S. v. Brandon R. Gage | Case No. 2:12mj383 |
| U.S. v. Julian E. Ginn | Case No. 2:13mj485 |
| U.S. v. Cristy J. Godby | Case No. 2:12mj342 |
| U.S. v. Michael A. Goe | Case No. 2:11mj559 |
| U.S. v. Jody Lee Haberny | Case No. 2:07mj860 |
| U.S. v. Mason D. Hagstrom | Case No. 2:15mj308 |
| U.S. v. Destiny Hampton | Case No. 2:13mj487 |
| U.S. v. Danielle P. Harper | Violation Notice No. W0966899 |
| U.S. v. James D. Harris | Case No. 2:11mj346 |
| U.S. v. Nashay M. Harris | Case No. 2:15mj191 |
| U.S. v. Philip J. Hausvater | Case No. 2:12mj129 |
| U.S. v. David W. Henry | Violation Notice No. 1172426 |
| U.S. v. Trevonte A. Hollis | Case No. 2:15mj520 |
| U.S. v. Shawn T. Jackmon | Case No. 2:13mj121 |
| U.S. v. Tracey E. Johnson | Case No. 2:09mj289 |
| U.S. v. Antonio L. Jones | Case No. 2:11mj59 |
| U.S. v. Leroy E. Jones | Case No. 2:07mj317 |
| U.S. v. Keyana M. Joseph | Case No. 2:13mj346 |
| U.S. v. Kay Jossien | Case No. 2:11mj474 |
| U.S. v. Sterling T. Kessell | Case No. 2:13mj81 |
| U.S. v. Jeremiah B. Kimberley | Case No. 2:11mj419 |
| U.S. v. Samuell Lamount, Jr. | Case No. 2:15mj94 |
| U.S. v. Cierra S. Lewis | Case No. 2:12mj406 |
| U.S. v. Tinica A. Lindsey | Case No. 2:12mj68 |
| U.S. v. Gabriell T. Livingston | Case No. 2:13mj138 |
| U.S. v. Jose Anthony C. Lopez | Case No. 2:11mj602 |
| U.S. v. Christopher J. Mancino | Case No. 2:10mj262 |
| U.S. v. Shana R. McCoy | Case No. 2:14mj266 |
| U.S. v. Dennis D. Middleton | Case No. 2:10mj316 |
| U.S. v. Tiara S. Miller | Case No. 2:11mj600 |
| U.S. v. Jovan A. Mills | Case No. 2:14mj25 |
| U.S. v. Michael M. Mitchell | Case No. 2:13mj310 |
| U.S. v. Antonio L. Mozelle | Case No. 2:13mj48 |
| U.S. v. Kendra E. Papproth | Case No. 2:11mj497 |
| U.S. v. Graciela O. Penarios | Case No. 2:14mj8 |
| U.S. v. Robert U. Perkins | Case No. 2:14mj69 |
| U.S. v. Krystal J. Proctor | Case No. 2:14mj94 |
| U.S. v. James D. Ragsdale | Case No. 2:14mj480 |
| U.S. v. Christian W. Robinson | Case No. 2:12mj443 |

| CASE NAME | CASE/VIOLATION NOTICE NUMBER |
|---|---|
| U.S. v. Daniel O. Rodriquez | Case No. 2:12mj26 |
| U.S. v. Tajh S. Rodgers | Case No. 2:13mj261 |
| U.S. v. Michael T. Rogers | Case No. 2:12mj221 |
| U.S. v. Sean D. Ross | Case No. 2:11mj304 |
| U.S. v. Cordarrell L. Ruffin | Case No. 2:12mj318 |
| U.S. v. Jason M. Saunders | Case No. 2:13mj65 |
| U.S. v. Cierra L. Shue | Case No. 2:11mj15 |
| U.S. v. Ira E. Simmons | Case No. 2:10mj582 |
| U.S. v. Maurice S. Smalley | Case No. 2:13mj443 |
| U.S. v. Brian J. Smith | Case No. 2:12mj462 |
| U.S. v. James M. Smith | Case No. 2:14mj370 |
| U.S. v. Marion W. Smokes-Lacey | Violation Notice No. 1170200VA90 |
| U.S. v. Christopher V. Snowden | Case No. 2:13mj205 |
| U.S. v. Remon D. Stanley | Case No. 2:12mj392 |
| U.S. v. Pedro F. Suazowalto | Case No. 2:12mj442 |
| U.S. v. Ricky Taylor, Jr. | Case No. 2:13mj47 |
| U.S. v. Alexandria D. Wysinger | Case No. 2:14mj395 |

IT IS FURTHER ORDERED that the Clerk's Office shall provide certified copies of this Order to the United States Attorney's Office and the United States Marshal's Service.

IT IS SO ORDERED.

/s/
Douglas E. Miller
United States Magistrate Judge

UNITED STATES MAGISTRATE JUDGE

April 26, 2018
Norfolk, Virginia


4/27/18 copies distributed as ordered

3